

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00342-CV

**LONE STAR NATIONAL BANK,**
Appellant

v.

**TEXAS CERTIFIED DEVELOPMENT COMPANY, INC.,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVF-001535D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER that appellant, Lone Star National Bank, bear all costs of this appeal.

We ORDER the clerk of this court to immediately issue the mandate.

SIGNED November 27, 2013.

_____
Luz Elena D. Chapa, Justice